

FILED
APR 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1061-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| GUSTAVO MEJIA-OROS, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about Oct. 2004, within the Southern District of California, defendant GUSTAVO MEJIA-OROS, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CPH:lg:San Diego
3/20/08

1  <u>Count 2</u>

2  On or about <u>Feb. 2008</u>, within the Southern
3  District of California, defendant GUSTAVO MEJIA-OROS, being an
4  alien, unlawfully entered or attempted to enter the United States at
5  a time and place other than as designated by immigration officers, and
6  eluded examination and inspection by immigration officers, and
7  attempted to enter or obtained entry to the United States by a
8  willfully false or misleading representation or the willful
9  concealment of a material fact and previously committed the offense
10 of illegal entry, as alleged in Count 1; all in violation of Title 8,
11 United States Code, Section 1325, a felony.

12 <u>Count 3</u>

13 On or about March 10, 2008, within the Southern District of
14 California, defendant GUSTAVO MEJIA-OROS, being an alien, unlawfully
15 entered or attempted to enter the United States at a time and place
16 other than as designated by immigration officers, and eluded
17 examination and inspection by immigration officers, and attempted to
18 enter or obtained entry to the United States by a willfully false or
19 misleading representation or the willful concealment of a material
20 fact and previously committed the offense of illegal entry, as alleged
21 in Count 1; all in violation of Title 8, United States Code,
22 Section 1325, a felony.

23 DATED: <u>4/8/08</u>.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney