AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GUSTAVO MEJIA-OROS | CASE NUMBER: 08cr1061-GT |

I, GUSTAVO MEJIA-OROS, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 29, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gustavo Mejia_
Defendant

_Carolin Mitchell_
Counsel for Defendant

Before _Gordon Thompson Jr._
JUDICIAL OFFICER